Andrew W. Stavros (8615)
Andrew D. Fox (16050)
**STAVROS LAW P.C.**
8915 South 700 East, Suite 202
Sandy, Utah 84070
Tel: (801) 758-7604
Fax: (801) 893-3573
andy@stavroslaw.com
fox@stavroslaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GEORGIA YALANIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>POLARITYTE, INC., a Delaware corporation, and POLARITYTE, INC., a Nevada corporation,<br><br>Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Case No. 2:20-cv-00302<br><br>Judge: Howard C. Nielson, Jr.<br><br>Magistrate Judge: Cecilia M. Romero |

Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate and jointly move the Court for an order dismissing this lawsuit with prejudice, each party to bear its/his own attorney fees and costs.

A proposed Order of Dismissal with Prejudice, which has been approved as to form, is filed concurrently herewith, and will be emailed to chambers.

1

DATED this 9th day of December, 2021.

          **/s/ Andrew W. Stavros**
Andrew W. Stavros
Andrew D. Fox
STAVROS LAW P.C.
*Attorneys for Plaintiff*

DATED this 9th day of December, 2021.

          **/s/ Christopher Droubay\***
Christopher Droubay
SNOW CHRISTENSEN & MARTINEAU
*Attorneys for Defendants*
\*Signed with permission on file

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of December, I delivered a true and correct copy of the foregoing, **STIPULATED MOTION TO DISMISS WITH PREJUDICE** by the Federal Court's electronic filing notification to the following individual:

Christopher W. Droubay
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, Utah 84145
cwd@scmlaw.com
*Attorney for Defendants*

                                                         **/s/ Jessika Clayton**